UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    PERRY J CAMERLENGO JR.<br>        Debtor(s)<br>CITIBANK, N.A., NOT ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-2<br>        Movant<br>v.<br>PERRY J CAMERLENGO JR.<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>            Respondent(s) | Chapter 13<br><br>Case Number: 21-10111-mdc |

**O R D E R**

AND NOW, this  2nd  day of       November       20 22,    upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Citibank, N.A., not its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-2 and any successor in interest and Debtor, Perry J Camerlengo Jr., approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Citibank, N.A., not its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-2 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **1608 Cheryl Lane, Kennett Square, PA 19348**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
MAGDELINE D, COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE