# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Perry J. Camerlengo<br>　　　Debtor(s)<br><br>-----------------------------------------------<br>Perry J. Camerlengo<br>　　　　　　　　Debtor /Movant<br>v.<br>Citibank, N.A., not its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-2<br>　　　　　　　　Creditor | Chapter: 13<br><br>Bankruptcy Case: 21-10111-mdc<br><br>Judge: COLEMAN, MAGDELINE D.<br><br>Related Doc.: 149 AND 151 |

## ORDER APPROVING STIPULATION/CONSENT ORDER

　　　AND NOW, upon consideration of the Stipulation between Debtor and Citibank, N.A., not its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-2, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court, and it is further ORDERED and DECREED that this Court's Order granting Creditor relief from the automatic stay (Doc. 149) is VACATED.

　　　　　　　　　　　　　　　　　　BY THE COURT:

Date:　December 8, 2022　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAGDELINE D. COLEMAN
　　　　　　　　　　　　　　　　　　CHIEF U.S. BANKRUPTCY JUDGE